IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
JANE McCARTHY, individually    )
and on behalf of all other     )
similarly situated             )
individuals,                   )
                               )
            Plaintiff,         )        8:10CV10
                               )
      v.                       )
                               )
FIDELITY SECURITY LIFE         )        ORDER
INSURANCE COMPANY,             )
INDEPENDENCE HOLDING COMPANY,  )
INSURERS ADMINISTRATIVE        )
CORPORATION, and IHC HEALTH    )
SOLUTIONS, INC.,               )
                               )
            Defendants.        )
_____)
```

This matter is before the Court on plaintiff's motion for leave to file second amended complaint (Filing No. 35). The Court finds the motion should be granted. Accordingly,

IT IS ORDERED that plaintiff's motion is granted; plaintiff shall have until May 12, 2010, to file a second amended class action complaint.

DATED this 4th day of May, 2010.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court