IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JANE MCCARTHY, individually and on behalf of all other similarly situated individuals, | ) ) ) ) ) | |
| Plaintiff, | ) ) | 8:10CV10 |
| v. | ) ) | |
| FIDELITY SECURITY LIFE INSURANCE COMPANY, INDEPENDENCE HOLDING COMPANY, INSURERS ADMINISTRATIVE CORPORATION, and IHC HEALTH SOLUTIONS, Inc., | ) ) ) ) ) ) | ORDER |
| Defendants. | ) ) | |

This matter is before the Court on the parties Joint Motion for Extension of Time to Respond to Motions to Dismiss and to Submit Rule 26 Report (Filing No. 50). The Court finds the motion should be granted.

IT IS ORDERED:

1) Plaintiff shall have until August 30, 2010 to respond to the pending motions to dismiss; and

2) The parties shall have until September 27, 2010, to submit their Rule 26(f) report.

DATED this 24th day of June, 2010.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court