```
             IN THE UNITED STATES DISTRICT COURT FOR THE

                         DISTRICT OF NEBRASKA

JANE McCARTHY, individually    )
and on behalf of all other     )
similarly situated             )
individuals,                   )
                               )
              Plaintiff,       )         8:10CV10
                               )
        v.                     )
                               )
FIDELITY SECURITY LIFE         )         ORDER
INSURANCE COMPANY,             )
INDEPENDENCE HOLDING COMPANY,  )
INSURERS ADMINISTRATIVE        )
CORPORATION, and IHC HEALTH    )
SOLUTIONS, INC.,               )
                               )
              Defendants.      )
_____)
```

This matter is before the Court on the joint motion for extension of time to respond to motions to dismiss and to submit Rule 26 report (Filing No. 55). The Court finds the motion should be granted. Accordingly,

IT IS ORDERED:

1) The motion is granted; plaintiff shall have until October 4, 2010, to respond to defendant's motion to dismiss.

2) The parties shall have until November 1, 2010, to submit their Rule 26(f) report.

DATED this 21st day of September, 2010.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court